Arthur J. Jacobson
vs. } No. 80952.
Elmer E. Cole

October 2, 1929.

WALSH, J. Plaintiff's motion to strike out second plea is denied.

Chap. 338, Sec. 3, General Laws 1923.
For plaintiff: Wm. H. McSoley.
For defendant: Cooney & Cooney.